# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FRENSLEY , JEFFERY S. | 2. Court or Organization<br><br>U. S. DISTRICT COURT, TENNESSEE | 3. Date of Report<br><br>05/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE - FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>01/28/2017 |
| 7. Chambers or Office Address<br><br>U. S. COURTHOUSE<br>801 BROADWAY<br>NASHVILLE, TENNESSEE 37203 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OWNER | JEFFERY S. FRENSLEY, ATTORNEY AT LAW |
| 2. | EXECUTOR | ESTATE ▮▮▮▮▮▮▮▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | SELF EMPLOYED ATTORNEY | $139,679.00 |
| 2. 2015 | SELF EMPLOYED ATTORNEY | $595,373.00 |
| 3. 2016 | SELF EMPLOYED ATTORNEY | $172,874.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | METRO NASHVILLE PUBLIC SCHOOL TEACHER |
| 2. 2016 | METRO NASHVILLE PUBLIC SCHOOL TEACHER |
| 3. 2016 | LINDEN WALDORF SCHOOL - ADMINISTRATOR |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST BANK CASH ACCOUNTS | A | Interest | K | T | Exempt | | | | |
| 2. WELLS FARGO ADVISORS | | | | | | | | | |
| 3. AFICX AMER FUNDS FUNDAMENTAL INV C | A | Dividend | L | T | Exempt | | | | |
| 4. NYVCX DAVIS NY VENTURE | A | Dividend | L | T | Exempt | | | | |
| 5. ITHAX HARTFORD CAP APPREC FD-A | A | Dividend | K | T | Exempt | | | | |
| 6. NEWCX NEW WROLD FD CL-C | A | Dividend | K | T | Exempt | | | | |
| 7. ANWPX AMER FDS NEW PERSPECT A | A | Dividend | J | T | Exempt | | | | |
| 8. PIOTX PIONEER CORE EQUITY FD A | A | Dividend | J | T | Exempt | | | | |
| 9. CWBCX CAPITAL WORLD BOND | A | Dividend | J | T | Exempt | | | | |
| 10. RGNCX VICTORY GLBL NAT FD CL | A | Dividend | J | T | Exempt | | | | |
| 11. AWSHX AMER FDS WASH MUTUAL A | A | Dividend | J | T | Exempt | | | | |
| 12. VAFBX INVESCO AMER FRANCHISE B | A | Dividend | J | T | Exempt | | | | |
| 13. ROTH IRA | | | | | | | | | |
| 14. INV AMER FRANCH CL A | A | Dividend | J | T | Exempt | | | | |
| 15. IOWA 529 | | | | | | | | | |
| 16. VANGUARD TOTOAL BOND M II | A | Dividend | J | T | | | | | |
| 17. VANGUARD TOTAL INTERNATIONAL BOND INDEX FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD INTERNATIONAL TOTAL STOCK MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 19. VANGUARD TOTALINTERNATIONAL STOCK INDEX FUND | A | Dividend | J | T | | | | | |
| 20. RAYMOND JAMES BANK DEPOSIT PROGRAM | | | | | | | | | |
| 21. AMCAP FUND CLASS F2 AMERICAN FUNDS N/L AMCFX | A | Dividend | K | T | | | | | |
| 22. AMERICAN VAN 529 BOND FUND OF AMERICA CLASS M/F CFAAX | A | Dividend | J | T | | | | | |
| 23. AMERICAN VA 529 CAPITAL WORLD GROWTH & INC FD CL A M/F CWIAX | A | Dividend | K | T | | | | | |
| 24. AMERICAN VA 529 GROWTH FUND OF AMERICA CLASS A M/F CGFAX | A | Dividend | K | T | | | | | |
| 25. AMERICAN VA 529 INTERMEDIATE BOND FUND OF AMERICAN CLS A M/F CBOAX | A | Dividend | J | T | | | | | |
| 26. AMERICAN VA 529 INVESTMENT COMPANY OF AMERICA FD CL A M/F CICAX | A | Dividend | K | T | | | | | |
| 27. AMERRICAN VA 529 MORTGAGE FUIND CLASS A M/F CMFAX | A | Dividend | J | T | | | | | |
| 28. AMERICAN VA 529 NEW PERSPECTIVE FUND CLASS A M/F CNPAX | A | Dividend | K | T | | | | | |
| 29. AMERICAN VA 529 WASHINGTON MUTUAL INVESTORS FD C/ M/F CWMAX | A | Dividend | J | T | | | | | |
| 30. AQR MAANGED FTURES STRATEGY FUND CLASS N N/L AQMNX | A | Dividend | J | T | | | | | |
| 31. DEUTSCHE GLOBAL REAL ESTATE SECURITIES FD CLASS A M/F RRGAX | A | Dividend | J | T | | | | | |
| 32. HENDERSON INTL OPPOTUNITIES FUND CLASS I N/L HFOIX | A | Dividend | J | T | | | | | |
| 33. LORD ABBETT INCOME CLASS FUND A M/F LAGVX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. NEUBERGER BERMAN GENESIS FUND INVESTORS CLASS N/L NBGNX | A | Dividend | J | T | | | | | |
| 35. NEW WORLD FUND CLASS F2- AMERICAN FUND N/L NFFFX | A | Dividend | J | T | | | | | |
| 36. T. ROWE PRICE EQUITY INCOME FUND N/L | A | Dividend | K | T | | | | | |
| 37. IRA #1 | | | | | | | | | |
| 38. WELLS FARGO MONEY MARKET CASH EQUIVALENT ACCOUNT | A | Interest | K | T | | | | | |
| 39. ROTH IRA #2 | | | | | | | | | |
| 40. FIDELITY INSH INVS TR | A | Dividend | | | | | | | |
| 41. 401 (K) | | | | | | | | | |
| 42. BROWN CAPITAL SM COMPANMY INC. | A | Dividend | J | T | Exempt | | | | |
| 43. DFA INTERNATIONAL VALUE 1 | A | Distribution | J | T | Exempt | | | | |
| 44. NVIT MONEY MARKET FUND | A | Dividend | K | T | Exempt | | | | |
| 45. 3M COMMON STOCK | A | Dividend | J | T | Exempt | | | | |
| 46. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 05/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JEFFERY S. FRENSLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544